UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH T. CHAVEZ,
on behalf of himself and all others similarly situated,

                              Plaintiff(s),

      -against-

25 JAY STREET LLC AND NORTH HENRY
PARTNERS LLC d/b/a HENRY NORMAN HOTEL,

                              Defendant(s).
------------------------------------------------------------X

**MOTION FOR DEFAULT JUDGMENT**

Case No.: 1:20-cv-00845-AMD-PK

Plaintiff KENNETH T. CHAVEZ hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant(s) 25 JAY STREET LLC and NORTH HENRY PARTNERS LLC d/b/a HENRY NORMAN HOTEL, on the grounds that said Defendant(s) failed to answer or otherwise defend against the Complaint.

Dated: Manhasset, New York
         June 26, 2020

Respectfully submitted,

/s/   Mitchell Segal
_____
Mitchell Segal, Esq.
Law Offices of Mitchell S. Segal, P.C.
Attorney For Plaintiff
1129 Northern Boulevard, Suite 404
Manhasset, New York 11021
Tel.: (516) 415-0100
Fax: (516) 706-6631
msegal@segallegal.com

TO: NORTH HENRY PARTNERS LLC
77 BOX STREET
BROOKLYN, NEW YORK 11222

25 JAY STREET LLC
77 BOX STREET
BROOKLYN, NEW YORK 11222