UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KENNETH T. CHAVEZ,                                                  JUDGMENT

                                                                                   20-CV-845 (AMD) (PK)

           Plaintiff,

   v.

25 JAY STREET LLC and NORTH
HENRY PARTNERS LLC,

           Defendants.
----------------------------------------------------------------X

       A Corrected Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on March 17, 2021, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, dated February 24, 2021, which recommended that that the Court: (a) enter an injunction (1) prohibiting the defendants from discriminating against the plaintiff, (2) requiring the defendants to submit to the plaintiff's counsel an implementation plan that remedies the violations identified in the report and recommendation within 60 days of this order, (3) granting the plaintiff 30 days from receipt of the defendants' plan to either consent or seek further relief from the Court, and (4) directing the defendants to make the necessary changes within 60 days of the plaintiff's consent or any ruling on the plaintiff's request for further relief; (b) award the plaintiff $1,000 in compensatory damages under the NYSHRL and NYCHRL, jointly and severally against both defendants; (c) award the plaintiff $500 in statutory penalties under the NYCRL, jointly and severally against both defendants; it is

       ORDERED and ADJUDGED that an injunction is hereby entered as follows: (1) prohibiting the defendants from discriminating against the plaintiff, (2) requiring the defendants to submit to the plaintiff's counsel an implementation plan that remedies the violations identified in the report and recommendation within 60 days of this order, (3) granting the plaintiff 30 days

from receipt of the defendants' plan to either consent or seek further relief from the Court, and (4) directing the defendants to make the necessary changes within 60 days of the plaintiff's consent or any ruling on the plaintiff's request for further relief; that plaintiff is awarded a total amount of $3,631.93, jointly and severally against both defendants; and that plaintiff's request for declaratory relief is denied.

Dated: Brooklyn, New York  
      August 9, 2021

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
     Deputy Clerk